**Dismiss and Opinion Filed February 9, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-21-00064-CV

**JOHN VANN, Appellant**

**V.**

**LEVEL FOUR GROUP, LLC AND LEVEL FOUR ADVISORY SERVICES, LLC, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02965-2018**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Before the Court is the parties' joint motion to dismiss the appeal because they

have settled their differences. We grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(2).


/Lana Myers//

210064f.p05                    LANA MYERS
                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN VANN, Appellant

No. 05-21-00064-CV          V.

LEVEL FOUR GROUP, LLC AND
LEVEL FOUR ADVISORY
SERVICES, LLC, Appellees

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-02965-
2018.
Opinion delivered by Justice Myers.
Justices Osborne and Nowell
participating.

In accordance with this Court's opinion of this date, the judgment of the trial

court is **AFFIRMED**.  It is **ORDERED** that each party bear its own costs of this

appeal.

Judgment entered this 9th day of February, 2022.